IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| ENRIQUE CARDONA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:14-cv-042-O |
| | § | |
| ORLANDO TAYLOR, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER DISMISSING CASE

Plaintiff Enrique Cardona, acting *pro se*, filed a civil complaint to initiate this action while he was incarcerated in the Coffield Unit of the Texas Department of Criminal Justice ("TDCJ") in Tennessee Colony, Texas. *See* Complaint, ECF No. 4 at 3. Upon review of the case, the Court discovered that Cardona is no longer in TDCJ custody. *See* ECF No. 111. But the address on the docket sheet reflects that he remains in TDCJ custody.

On March 3, 2023, the Court entered an Order directing Plaintiff Cardona to either file a Notice of Change of Address listing his current address of record or file a document showing cause as to why this case should not be dismissed without prejudice for lack of prosecution. *Id.* He was admonished that failure to respond to the Order by March 24, 2023 could result in the dismissal of the case without further notice under Federal Rule of Civil Procedure 41(b). *Id.*

Plaintiff has failed to respond to the Court's Order. Without Plaintiff's current address, this case cannot proceed. Plaintiff may reopen the case by filing a Motion to Reopen and providing the Court with his current address by April 26, 2023.

For the foregoing reasons Plaintiff's complaint is **DISMISSED** without prejudice.

**SO ORDERED** this **27th day** of **March, 2023.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE