# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **ENRIQUE CARDONA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 7:14-cv-042-O |
| | § | |
| **ORLANDO TAYLOR, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## JUDGMENT

This action came on for consideration, and Plaintiff having failed to provide the Court with his current address,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's complaint is **DISMISSED** without prejudice.

**SIGNED** this **27th day** of **March, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE